### PEOPLE v. LIBERMAN DAIRY CO.

(Supreme Court, Special Term, New York County.  April 14, 1908.)

PLEADING—UNLAWFUL SALE OF MILK—ACTION FOR PENALTIES—SEPARATE STATEMENT AND NUMBERING.

 A complaint in an action to recover penalties for violations of the agricultural law by an unlawful sale of milk need not separately state and number the causes of action, where they are based on the sale of several cans of milk at one sale, and to so state and number them would make the complaint of ridiculous length and defeat the object of reducing pleadings to the simplest form.

 [Ed. Note.—For cases in point, see Cent. Dig. vol. 39, Pleading, § 113.]

Action to recover penalties by the people against the Liberman Dairy Company. Defendant moves to amend the complaint by separately stating and numbering causes of action stated. Motion denied.

W. S. Jackson, Atty. Gen. (Henry W. Bridges, of counsel), for the People.

Herman & Hirschman (A. A. Weil, of counsel), for defendant.

HENDRICK, J. Motion to require plaintiff to serve an amended complaint, wherein should be separately stated and numbered the causes of action set forth in the complaint in an action to recover for penalties for alleged violations of the agricultural law.

It has been held that cumulative penalties may be recovered in one action. People v. Koster, 121 App. Div. 852, 106 N. Y. Supp. 793. The provision of the statute, however, is only declaratory of the manner of computing the amount of the recovery. To make it necessary to allege the facts in a separate cause of action to recover the penalty for each can of milk of many sold at one sale would in this case make

the complaint of ridiculous length, and defeat the object of reducing pleadings to the simplest form. People v. Buell, 85 App. Div. 141–144, 83 N. Y. Supp. 143.

Motion denied. Settle order on notice.